(Official Form 1) (9/01)     FORM B1, Page 1

| FORM B1 **United States Bankruptcy Court** **Northern District of Illinois** **Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Southwest Pipe & Supply Company, Inc.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): **d/b/a FaucetsPlus.com** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all): **59-1699888** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **133 South Rohlwing Road** **Addison, IL 60101** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

*NO DISKETTE* (stamped)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☐ Individual(s)
- ☑ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 13
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ☑ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ☑ Full Filing Fee Attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000- |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,000 to $100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,000 to $100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 12/05/2003
Time: 12:09:45
Debtor: SOUTHWEST & PIPE & SUPP
Case: 03-49245          Fee : 839
Chapter: 11 Rec. # : 3049764
Judge: John Squires

1:03BK49245-BK001

(Official Form 1) (9/01)                                                                 FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Southwest Pipe & Supply Company, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ___**Not Applicable**___
Signature of Debtor

X ___**Not Applicable**___
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

**David N. Missner,**
Printed Name of Attorney for Debtor(s) / Bar No.

**Piper Rudnick LLP**
Firm Name

**203 N. LaSalle Street  Suite 1800**
Address

**Chicago, IL 60601-1293**

**(312) 368-4000**                    **(312) 236-7516**
Telephone Number

*12/5/03*
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☒ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)                    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X ___**Not Applicable**___
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Steve Kogan**
Printed Name of Authorized Individual

**Secretary**
Title of Authorized Individual

*12/5/03*
Date

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | FOR COURT USE ONLY |
| | ) | |
| SOUTHWEST PIPE & | ) | _____ |
| SUPPLY INC. | ) | Date Petition Filed |
| a Delaware corporation | ) | |
| d/b/a FaucetsPlus.com | ) | |
| FEIN # 59-1699888 | ) | _____ |
| | ) | Case Number |
| | ) | |
| | ) | _____ |
| | ) | Bankruptcy Judge |
| Debtor. | ) | |
| | ) | |

## EXHIBIT "A" TO VOLUNTARY PETITION

1.      If any of the debtor's securities are registered under Section 12 of the Securities

Exchange Act of 1934, the SEC file number is  NOT APPLICABLE_____

2.      The following financial data is the latest available information and refers to the

debtor's condition on November 25, 2003.

(a)     Total assets                                                          $8,743,763.00

(b)     Total debts (including debts listed in 2.c., below)    $11,207,567.00

|  |  |  | | Approximate number of holders |
|---|---|---|---|---|

(c)    Debt securities held by more than 500 holders.

| secured// | unsecured// | subordinated// | $_____ | _____ |
|---|---|---|---|---|
| secured// | unsecured// | subordinated// | $_____ | _____ |
| secured// | unsecured// | subordinated// | $_____ | _____ |
| secured// | unsecured// | subordinated// | $_____ | _____ |
| secured// | unsecured// | subordinated// | $_____ | _____ |

(d)    Number of shares of preferred stock        $_____ 100        _____ 1
(e)    Number of shares of common stock          $_____ 200        _____ 1

Comments, if any: _____

_____

_____

3.  Brief description of debtor's business: _____

Wholesale distribution of plumbing and heating equipment and electrical fixtures in

central Florida.

4.  List the names of any person who directly or indirectly owns, controls, or holds, with

power to vote, 5% or more of the voting securities of debtor:

Kitchen Distributors of America, Inc.

_____

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **SOUTHWEST PIPE & SUPPLY** | ) | **Chapter 11 Case** |
| **COMPANY, INC.** | ) | |
| a Delaware corporation, | ) | |
| d/b/a FaucetsPlus.com | ) | |
| EIN #59-1699888, | ) | |
| | ) | **NO.** |
| DEBTOR. | ) | |

## LIST OF CREDITORS

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | SS |
| COUNTY OF COOK | ) | |

I, Steve Kogan, being first duly sworn on oath, depose and say that I the Secretary of **Southwest Pipe & Supply Company, Inc., a Delaware corporation**, the debtor herein, and that to the best of my knowledge, information and belief, the list attached hereto as Exhibit A is a full, complete and actual list of the names and addresses of the creditors of the debtor.

By: **Southwest Pipe & Supply Company, Inc.,
a Delaware corporation**

By: _____
Steve Kogan, Secretary

I declare under penalty of perjury
that the foregoing is true and correct.

Vendor Addr A Co5.txt

AMERICAN SAW & MFG CO
P O BOX 84-5836
BOSTON, MA 02284-5836

AMTROL INC                    01
DEPARTMENT 1205
PO BOX 40000
HARTFORD, CT 06151-1205

ANDERSON METALS CORP          01
1701 SOUTHERN ROAD
P.O. BOX 34200
KANSAS CITY, MO 64120-4200

ARROWHEAD BRASS PRODUCTS
5147 ALHAMBRA AVE
LOS ANGELES, CA 90032

HYDROMATIC PUMP
PO BOX 277333
ATLANTA, GA 30384-7333

BEMIS MFG CO
DEPARTMENT 100
PO BOX 2088
MILWAUKEE, WI 53201

BLACK SWAN MFG CO             01
4540 W THOMAS ST
CHICAGO, IL 60651

BOBRICK WASHROOM EQUIPMENT  01
PO BOX 513172
LOS ANGELES, CA 90051-1172

CAR LEASING INC
7100 N RIDGEWAY
LINCOLNWOOD, IL 60712

CENTOCO MFG CORPORATION
PO BOX 32872
DETROIT, MI 48232-0872

CENTRAL BRASS MFG CO          01
PO BOX 74323
CLEVELAND, OH 44194

CERRO COPPER PRODUCTS INC

Vendor Addr A Co5.txt

PO BOX 96349
CHICAGO, IL 60693-6349

CHRONOMITE LABS                01
1420 W 240TH STREET
HARBOR CITY, CA 90710

CITGO PETROLEUM CORP           01
PO BOX 659590
SAN ANTONIO, TX 78265

COAST FOUNDRY & MANUFACTURING
2707 NORTH GAREY AVE
PO BOX 1788
POMONA, CA 91767

CUNO INC                       01
DEPT CH 10370
PALATINE, IL 60055

DELTA FAUCET CO
PO BOX 66107
INDIANAPOLIS, IN 46266

FERGUSON ENTERPRISES           01
P O BOX 9406
HAMPTON, VA 23670-0406

FERNCO INC
DEPT # 77099
P O BOX 77000
DETROIT, MI 48277

FREEDOM PLASTICS
135 S LASALLE
DEPT 2812
CHICAGO, IL 60674-2812

G & K SERVICES                 01
PO BOX 12646
GREENBAY, WI 54307

GENERAL WIRE SPRING CO         01
1101 THOMPSON AVE
MCKEES ROCKS, PA 15136

MAX GERBER INC                 01
2293 MILWAUKEE AVE

Vendor Addr A Co5.txt

CHICAGO, IL 60647

GOSS INC                          01
P.O. BOX 57
1511 ROUTE 8
GLENSHAW, PA 15116

GUARDIAN EQUIPMENT                01
660 NORTH UNION STREET
CHICAGO, IL 60610

WILLIAM H HARVEY CO               01
4334 SOUTH 67TH STREET
OMAHA, NE 68117

IN SINK ERATOR DIVISION
P O BOX 101409
ATLANTA, GA 30392-1409

INTERSAN MFG                      01
1748 W FILLMORE ST
PHOENIX, AZ 85007

JACUZZI WHIRLPOOL BATH
PO BOX 96061
CHICAGO, IL 60693-6061

JUST MFG CO
DEPT. 77-6651
CHICAGO, IL 60678-6651

KISSLER & CO INC                  01
770 CENTRAL BOULEVARD
CARLSTADT, NJ 07072

ABE KOGAN                         01
9100 KOLMAR AVE
SKOKIE, IL 60076

STEVE KOGAN                       01
1526 SUMTER DRIVE
LONG GROVE, IL 60047

KOHLER COMPANY
PO BOX 91283
CHICAGO, IL 60693

LEONARD VALVE CO                  01

Vendor Addr A Co5.txt

1360 ELMWOOD AVE
PO BOX 9974
CRANSTON, RI 02910-0974

T MATERA & ASSOCIATES
1403 CENTRE CIRCLE
DOWNERS GROVE, IL 60515

MILWAUKEE ELECTRIC TOOL
4844 COLLECTION CENTER DR
CHICAGO, IL 60693

MOEN DIVISION
75 REMITTANCE DRIVE
SUITE #1439
CHICAGO, IL 60675-1439

MUELLER STREAMLINE CO
DEPT 1774
135 S LASALLE
CHICAGO, IL 60674-1774

E L MUSTEE & SONS INC
P.O. BOX 70489-T
CLEVELAND, OH 44190

NATIONAL DIVERSIFIED SALES   01
SDS-12-1701
P O BOX 86
MINNEAPOLIS, MN 55486-1701

NYCO PRODUCTS CO            01
5332 DANSHER RD
COUNTRYSIDE, IL 60525

PASCO SPECIALTY & MFG INC
11156 WRIGHT ROAD
PO BOX 1747
LYNWOOD, CA 90262

PEOPLES GAS               01
1702 W DERBY AVE
AUBURNDALE, FL 33823

PHOENIX PRODUCTS INC
PO BOX 901422
CLEVELAND, OH 44190-1422

Vendor Addr A Co5.txt

```
PLASTIC TRENDS INC
21319 NETWORK PLACE
CHICAGO, IL 60673-1213


PORCHER LTD
6615 W BOSTON STREET
CHANDLER, AZ 85226


RADIATOR SPECIALTY
PO BOX 65189
CHARLOTTE, NC 28265


RECTORSEAL CORP
PO BOX 973957
DALLAS, TX 75397-3957


RED WHITE VALVE CORP          01
20600 REGENCY LANE
LAKE FOREST, CA 92630


RHEEM MFG CO
PO BOX 91595
CHICAGO, IL 60693


RIDDILE & ASSOCIATES
2818 CENTRE CIRCLE DR
DOWNERS GROVE, IL 60515


ROBERT MANUFACTURING CO       01
DEPARTMENT 2668
LOS ANGELES, CA 90084-2668


RYDER TRANSPORTATION SERVICE
PO BOX 96723
CHICAGO, IL 60693


SIOUX CHIEF MFG CO INC
12626 COLLECTIONS CENTER DR
CHICAGO, IL 60693


SLOAN VALVE CO
PO BOX 98931
135 S LASALLE
DEPT 3761
CHICAGO, IL 60674-3761


LSP PRODUCTS GROUP
PO BOX 971440
```

Vendor Addr A Co5.txt

DALLAS, TX 75397-1440

STEAMASTER                     01
275 VETERANS BLVD
RUTHERFORD, NJ 07070

STERLING PLUMBING GROUP
PO BOX 91283
CHICAGO, IL 60693

SUNROC COMPANY                 01
135 S LASALLE
DEPT 1040
CHICAGO, IL 60674-1040

SWAN CORP                      01
PO BOX 17481
ST.LOUIS, MO 63178

T & S BRASS & BRONZE WORKS INC
PO BOX 601161
CHARLOTTE, NC 28260-1161

TAPE PRODUCTS COMPANY          01
P O BOX 641510
CINCINNATI, OH 45264-1510

UNITED PARCEL SERVICE          01
P O BOX 505820
THE LAKES, NV 88905-5820

US BRASS                       01
7479 COLLECTIONS CENTER DR
CHICAGO, IL 60693

VASSALLO INC
PO BOX 567
HWY 60 WEST
LAKE WELLS, FL 33859

WATTS REGULATOR CO             01
815 CHESTNUT ST
NORTH ANDOVER, MA 01845-6098

WHEELER DIV OF REX INT'L INC
3744 JEFFERSON RD NO
PO BOX 688
ASHTABULA, OH 44004

Vendor Addr A Co5.txt

ZURN INDUSTRIES            01
7777 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

ALSONS CORPORATION
42 UNION STREET
HILLSDALE, MI 49242

CHICAGO FAUCET COMPANY
PO BOX 71489
CHICAGO, IL 60694-1489

WHIRLPOOL GREAT LAKE
P O BOX 93064
CHICAGO, IL 96073-3064

ALLIED BRASS MANUFACTURING CO
PO BOX 160
PRINCE STREET STATION
NEW YORK, NY 10012

BARCLAY PRODUCTS LTD
4000 PORETT DRIVE
GURNEE, IL 60031

BRADLEY CORPORATION
BIN NO 53066
MILWAUKEE, WI 53288

BRASS CRAFT MFG
DEPT 77241
PO BOX 77000
DETROIT, MI 48277-0241

NIBCO INCORPORATED
PO BOX 101441
ATLANTA, GA 30392-1441

PLASTIC ODDITIES            03
PO BOX 530103
DEPT NC00070
ATLANTA, GA 30353-0103

WILDE TOOL CO INC            03
PO BOX 10
FALLS CITY, NE 68355

Vendor Addr A Co5.txt

BRASSTECH INC
2001 E CARNEGIE AVENUE
SANTA ANA, CA 92705-5573

CANFIELD TECHNOLOGIES INC
DEPT 78090
P O BOX 78000
DETROIT, MI 48278-0090

ELKAY MFG
PO BOX 73606
CHICAGO, IL 60673-7606

FLUID MASTER INC
FILE 56475
LOS ANGELES, CA 90074-6475

GERBER PLUMBING FIXTURES INC
135 S LASALLE ST
DEPT 3297
CHICAGO, IL 60674-3297

HAWS CORPORATION
DEPT 44739
PO BOX 44000
SAN FRANCISCO, CA 94144-4739

HUBBARD ENTERPRISES
393 ENTERPRISE ST
SAN MARCOS, CA 92069

LASCO BATHWARE
8101 E KAISER BLVD
ANAHEIM, CA 92808

LE BIJOU COLLECTION
8150 NORTHWEST 64TH ST
MIAMI, FL 33166

MANSFIELD PLUMBING PRODUCTS
PO BOX 790004
ST LOUIS, MO 63179

A Y MCDONALD MANUFACTURING CO
PO BOX 88830
MILWAUKEE, WI 53288-0830

PRECISION PLUMBING PRODUCTS

Vendor Addr A Co5.txt

7021 NE 79TH COURT
AIRPORT BUSINESS CTR
PORTLAND, OR 97218

PRICE PFISTER INC
12343 COLLECTIONS CENTER DR
CHICAGO, IL 60693

SYMMONS INDUSTRIES INC      04
PO BOX 3342
BOSTON, MA 02241

TERMINIX INTERNATIONAL      04
13891 JET PORT LOOP #19
FORT MYERS, FL 33913-7718

J C WHITLAM MANUFACTURING
200 W WALNUT ST.
PO BOX 380
WADSWORTH, OH 44281

ADVANCED DRAINAGE SYSTEMS    05
PO BOX 400049
PITTSBURGH, PA 15268-0049

AMERICAN WHIRLPOOL PRODUCTS
3050 NORTH 29TH COURT
HOLLYWOOD, FL 33020

BATHCRAFT INC
DEPT AT40040
ATLANTA, GA 31192-0040

BLUMENAUER CORP
WEST ORANGE COMMERCIAL CENTER
2708 REW CIRCLE
OCOEE, FL 34761

BRIGGS PLUMBING PRODUCTS
300 EAGLE DRIVE
ATTN BETH LAMB
GOOSE CREEK, SC 29445

THE CARR CO OF FLORIDA       05
6000 PARK OF COMMERCE BLVD.
BOCA RATON, FL 33487

CHARLOTTE PIPE & FOUNDRY INC

Vendor Addr A Co5.txt

PO BOX 65587
CHARLOTTE, NC 28265

COLONIAL SALES AGENCY
9550 E COLUMBUS DRIVE
TAMPA, FL 33619

COMPOTITE SHOWERS          05
355 GLENDALE BLVD
LOS ANGELES, CA 90026

CRANE PLUMBING
135 S LASALLE
DEPT 3319
CHICAGO, IL 60674-3319

FLORIDA REFUSE SERVICE    05
3820 MAINE AVENUE
LAKELAND, FL 33801-9757

GORMAN CO INC             05
PO BOX 6068
FT. MYERS, FL 33911

GROHE AMERICA INC
PO BOX 99249
CHICAGO, IL 60693

HUGHES SUPPLY CO INC      05
P O BOX 951023
DALLAS, TX 75395-1023

JACLO INC                 05
162 CARLTON AVE
BROOKLYN, NY 11205

KEENEY MANUFACTURING CO
PO BOX 847014
BOSTON, MA 02284-7014

KING BROS INDUSTRIES      05
27781 AVENUE HOPKINS
VALENCIA, CA 91355

KNOX CO                   05
1330 APPLING STREET
CHATTANOOGA, TN 37406

Vendor Addr A Co5.txt

LAVELLE INDUSTRIES INC
PO BOX 78215
MILWAUKEE, WI 53278-0215


LOCHINVAR WATER HEATER CORP
300 MADDOX SIMPSON PARKWAY
LEBANON, TN 37090


MARSH & MOORE INC            05
3380 AGRICULTURAL CENTER DR
ST AUGUSTINE, FL 32092


MATCO NORCA INC
PO BOX 27
ROUTE 22
BREWSTER, NY 90509


MAXIJET PRODUCTS             05
P.O. BOX 1849
DUNDEE, FL 33838


METCRAFT INDUSTRIES INC
PO BOX 6857
LEES SUMMIT, MO 64064-6857


MULLEN CORPORATION           05
4520 60TH AVE. N.
ST PETERSBURG, FL 33714


NACM INC
PO BOX 22827
TAMPA, FL 33622


NIBCO SUNBELT INC
BOX 102114
ATLANTA, GA 30368


PARTSCO                      05
P.O. BOX 10928
JACKSONVILLE, FL 32247


THE PLUMBING PLACE           05
5678 FRUITVILLE RD
SARASOTA, FL 34232


MERRELL L POOLE & ASSOCIATES
P.O. BOX 10929
JACKSONVILLE, FL 32247

Vendor Addr A Co5.txt

PURE LEAD PRODUCTS INC        05
127 RICHFIELD DRIVE
LAKE PLACID, FL 33852

SEACO SUPPLY CORPORATION
P.O. BOX 17558
WEST PALM BEACH, FL 33416-7558

SIMMONS MANUFACTURING CO      05
PO BOX 100250
ATLANTA, GA 30384

JAY R SMITH MFG
PO BOX 102640
ATLANTA, GA 30368-0640

SOUTHERN GROUTS & MORTARS INC
1502 SW 2ND PLACE
POMPANO BEACH, FL 33069-3291

SOUTHERN SPECIALTY MFG CO
PO BOX 470125
MIAMI, FL 33147

SPEC TEC SALES INC
PO BOX 547967
ORLANDO, FL 32584-7967

STERN & WILLIAMS CO INC
PO BOX 8004
SHAWNEE MISSION, KS 66208

THOMPSON PLASTICS
P.O. BOX 17133
HUNTSVILLE, AL 35810

TILL OFFICE EQUIPMENT INC
PO BOX 7307
251 AVE A SW
WINTER HAVEN, FL 33883

VANGUARD INDUSTRIES INC
P O BOX 841586
DALLAS, TX 75284-1586

VICTOR EQUIPMENT CO           05
22037 NETWORK PLACE

Page 12

Vendor Addr A Co5.txt

CHICAGO, IL 60673-1220

WALLENBROCK SUPPLY CO          05
1870 BOY SCOUT DRIVE # 301
FT MYERS, FL 33907

WEST HOWELL COMPANY            05
6555 116TH AVE NORTH
LARGO, FL 33773

WILKINS REGULATOR              05
FILE #7493
LOS ANGELES, CA 90074-7493

AMERICAN GRANBY INC
1111 VINE STREET
LIVERPOOL, NY 13088

ACCOR TECHNOLOGY
337 EAST PENNY ROAD
WENATCHEE, WA 98801

HARVEY M KOGAN
8836 LOWELL
SKOKIE, IL 60076

CONTRACTORS CREDIT
1001 WARRENVILLE ROAD
STE 210
LISLE, IL 60532

ADVANCE TABCO
200 HEARTLAND BOULEVARD
EDGEWOOD, NY 11717

JOSAM CO
PO BOX 820667
PHILADELPHIA, PA 19182-0667

FLORIDA LIFT SYSTEMS INC
P O BOX 850001
ORLANDO, FL 32885-0127

THRIFT MARKETING
P.O. BOX 2529
SHAWNEE MISSION, KS 66201

NAVISTAR FINANCIAL CORP

Page 13

Vendor Addr A Co5.txt

75 REMITTANCE DRIVE
SUITE 1852
CHICAGO, IL 60675-1852

OCCUPATIONAL HEALTH CENTER
134 D ARIANA AVENUE
AUBURNDALE, FL 33823

PEARL BATHS INC
DEPT CH10955
PALATINE, IL 60055-0955

ELCOMA METAL FABRICATING
521 LAWRENCE RD NE
CANTON, OH 44714

GLT OFFICE SUPPLY INC
P.O. BOX 3829
LAKELAND, FL 33802

OASIS ENGINEERING
1160 S WESLEY
OAK PARK, IL 60304

SPURLIN INDUSTRIES INC
PO BOX 932499
ATLANTA, GA 31193-2499

HARVEY'S SPECIALTY CO INC
2577 25TH AVENUE NORTH
ST PETERSBURG, FL 33713

THE AVANTI COMPANY
METER AND VALVE DIVISION
22 SOUTH LAKE AVENUE
AVON PARK, FL 33825

HOWARD'S PRODUCTS INC
231 S FRONTAGE ROAD
SUITE 14
BURR RIDGE, IL 60527

THERMA SOL
2255 UNION PLACE
SIMI VALLEY, CA 93065

WATERWARE LUXURY PLUMBING PRO
1829 S STATE STREET

Page 14

Vendor Addr A Co5.txt

CHICAGO, IL 60616

CONCINNITY
35 MELVILLE PARK ROAD
MELVILLE, NY 11747

LEGEND VALVE & FITTING INC
51245 FILOMENA DR
SHELBY TOWNSHIP, MI 48315

CORAL INDUSTRIES
PO BOX 3208
TUSCALOOSA, AL 35404

ARD DISTRIBUTORS INC
9861 CURRIE DAVIS DRIVE
TAMPA, FL 33619-0000

TREND MANUFACTURING
925 8TH AVE. SOUTH
JACKSONVILLE, FL 32250

ALCOA EXTRUDED CONST PRODUCTS
6911 PARKE EAST BLVD
SUITE 500
TAMPA, FL 33610

ZAMBETTI STEEL PRODUCTS
8750 PHILLIPS HIGHWAY
JACKSONVILLE, FL 32256

AMERICAN BRASS & ALUMINUM
2060 GARFIELD AVE
CITY OF COMMERCE, CA 90040-1804

OPELLA INC
1150 COBB INTERNATIONAL PLACE
SUITE E
KENNESAW, GA 30152

LANIER WORLDWIDE INC
PO BOX 105533
ATLANTA, GA 30348-5533

R & L CARRIERS
2483 STATE ROUTE 3
WILMINGTON, OH 45177

Vendor Addr A Co5.txt

SANTEC
3501 CHALLENGER STREET
TORRANCE, CA 90503

FLORIDA NOTICE SERVICE
PO BOX 3261
SPRINGHILL, FL 34606-0000

MURRAY FEISS
GENERAL POST OFFICE
P O BOX 26080
NEW YORK, NY 10087-6080

ROHL CORPORATION
1559 SUNLAND
COSTA MESA, ORANGE CNTY, CA 92626-1514

ROBERN
7 WOOD AVENUE
PO BOX 2145
BRISTOL, PA 19007-0365

HARNEY MANUFACTURING CO
P O BOX 101760
ATLANTA, GA 30392-1760

GUSA CO
P O BOX 101109
ATLANTA, GA 30392-1109

JONES STEPHENS CORP
DEPARTMENT 3200
PO BOX 2153
BIRMINGHAM, AL 35287-3200

AMERIGAS
P O BOX 96055
CHARLOTTE, NC 28296-0055

ALTMANS DISTRIBUTION INC
10459 JEFFERSON BLVD
CULVER CITY, CA 90232

JADO BATHROOM & HARDWARE
PO BOX 200368
DALLAS, TX 75320-0368

VU FLOW FILTERS INC

Vendor Addr A Co5.txt

13370 CHAMBORD STREET
BROOKSVILLE, FL 34613

BLANCO AMERICA
1000 TAYLOR'S LANE
UNIT 5
CINNAMINSON, NJ 08077

CSC
PO BOX 13397
PHILADELPHIA, PA 19101-3397

BRIGGS COMPANIES
PO BOX 15188
READING, PA 19612-5188

FISHER MFG
PO BOX 60
TULARE, CA 93275

BEST WESTERN
251 N MAYFAIR RD
MILWAUKEE, WI 53226

TRANSOLID INC
BOX 68-5090
MILWAUKEE, WI 53268-5090

USF HOLLAND INC
PO BOX 9021
HOLLAND, MI 49422-9021

GOLD CUP COFFEE SERVICE
P O BOX 409386
ATLANTA, GA 30384-9386

TARGET MARKETING ENTERPRISES
118 WEST GRANT STREET
BLDG M
ORLANDO, FL 32806

PINNACLE SALES GROUP
PO BOX 1836
DUNDEE, FL 33838

KWC FAUCETS
1770 CORPORATE DR
STE 580

Vendor Addr A Co5.txt

NORCROSS, GA 30093-2945

WATTS DRAINAGE PRODUCTS
C/O MELLON BANK
BOX 360733 room 154-0455
PITTSBURG, PA 15251-6773

FYR FYTER INC
10905-1 GLADIOLUS DRIVE
FORT MYERS, FL 33908

CULLIGAN WATER CONDITIONING
16051 OLD US 41
FT MYERS, FL 33912

MYSON INC
948 HERCULES DRIVE
SUITE 4
COLCHESTER, VT 05446

PALM BEACH PLUMBING PARTS
2501 WESTGATE AVENUE
#1
WEST PALM BEACH, FL 33409

GENERAL INSULATION CO INC
2428 ROSE STREET
FRANKLIN PARK, IL 60131

WEDGE INDUSTRIES INC
7351 KIRKWOOD LANE NORTH
SUITE 120
MAPLE GROVE, MN 55369

FLORIDA TOOL & FASTENER
12831 METRO PKWY
FY MYERS, FL 33912

PRE MIX INDUSTRIES INC
PO BOX 752111
CHARLOTTE, NC 28275

AQUATIC INDUSTRIES LLC
P O BOX 116688
ATLANTA, GA 30368

HI LINE BATH & HARDWARE
3775 NW 124TH AVE

Vendor Addr A Co5.txt

CORAL SPRINGS, FL 33065

YOUR OTHER WAREHOUSE
PO BOX 4627
HOUSTON, TX 77210

MERCHANTS SECURITY EXCHANGE
PO BOX 972
TAMPA, FL 33601

MAAX USA
DEPT AT 49919
ATLANTA, GA 31192-9919

SELKIRK METALBESTOS
P O BOX 911775
DALLAS, TX 75391-1775

DISTINCTIVE DEVELOPMENT
9232 DENTON AVE
HUDSON, FL 34667

HINDLEY MANUFACTURING CO INC
PO BOX 38
9 HAVENS STREET
CUMBERLAND, RI 02864-0838

CAROLINA MIRROR COMPANY LLC
PO BOX 548
NORTH WILKESBORO, NC 28659

NU CALGON WHOLESALER INC
2008 ALTOM COURT
ST LOUIS, MO 63146-4151

PLASTIC TUBING INDUSTRIES INC
PO BOX 607356
ORLANDO, FL 32860-7356

S E & F CORP
3120 W HALLANDALE BEACH BLVD
607 6TH STREET
HALLANDALE, FL 33009

GUARANTEE SPECIALTIES INC
PO BOX 72282
CLEVELAND, OH 44192-0282

Vendor Addr A Co5.txt

ABB WATER METERS, INC
1100 SW 38TH AVE
OCALA, FL 34474

FRANKLIN MACHINE PRODUCTS INC
PO BOX 8500
S41570
PHILADELPHIA, PA 19178

SMITTY PAN MFG CO
1927 PACIFIC COAST HWY
LOMITA, CA 90717

AARON JUDD
4816 MELODY LANE
LAKELAND, FL 33805

AMERICAN BRASS MANUFACTURING
5000 SUPERIOR AVENUE
CLEVELAND, OH 44103

BRYAN CARSON
DESSA YVONNE CARSON
713 S LAKE FLORENCE DRIVE
WINTERHAVEN, FL 33884

TOP KNOBS USA INC
PO BOX 779
BELLE MEADE, NJ 08502

GREAT IMPRESSIONS
350 CYPRESS GARDENS BLVD
WINTER HAVEN, FL 33880

HERITAGE PLASTICS SOUTH INC
5128 W HANNA AVENUE
TAMPA, FL 33634

AQUADIS
1190 MICHELE-BOJEC BLVD
BLAINVILLE QC  CANADA, .   J7C5S

AMERICAN PLUMBER
WATER FILTRATION PRODUCTS
502 INDIANA
PO BOX 1047
SHEBOYGAN, WI 53082-1047

Vendor Addr A Co5.txt

HAINES CITY FIRE EXTINGUISHER
P O BOX 425
HAINE CITY, FL 33845

ALNO INC
PO BOX 3249
CHATSWORTH, CA 91311

SANDERSON PIPE CORPORATION
1 ENTERPRISE WEST
SANDERSON, FL 32087

PLUMBEREX SPECIALTY PRODUCTS
PO BOX 1684
PALM SPRINGS, CA 92263-1684

FRANK COMPARETTO JR
114 NORTH TENNESSE AVE
SUITE 204
LAKELAND, FL 33801-4659

CR/PL LIMITED PARTNERSHIP
DEPT 77-2774
CHICAGO, IL 60678-2774

WATTS BRASS & TUBULAR
P O BOX 60601
CHARLOTTE, NC 28260

METRO ICE, INC
1946 HONDA DRIVE
FT MYERS, FL 33907

LASCO FITTINGS INC
PO BOX 102209
ATLANTA, GA 30368-0209

HARRY WARREN INC
1243 COLONIAL DRIVE
PO BOX 547932
ORLANDO, FL 32805

NEWPORT METAL FINISHING INC
3230 SOUTH STANDARD AVENUE
SANTA ANA, CA 92705

CANPLAS LLC
DEPT 768

Vendor Addr A Co5.txt

DENVER, CO 80291-0768

ACRYLINE USA INC
403 COUNTY ROAD
SUITE 5
CLIFFWOOD, NJ 07721

R & R HEATING & COOLING
P O BOX 791
15 3RD STREET NORTH
EAGLE LAKE, FL 33839

GREAT BAY PRODUCTS INC
4560 60TH AVENUE NORTH
ST PETERSBURG, FL 33714

ROMA STEAM BATH
16802 DARKER SPRINGS RD
#500
HOUSTON, TX 77084

SUPPLY SALES
DEPT CH 10414
PALATINE, IL 60055-0414

MOUNTAIN PLUMBING PRODUCTS
1301 METROPOLITAN AVE
SUITE 5
WEST DEPTFORD, NJ 08066

ULTRA CRAFT
P O BOX 71381
CHICAGO, IL 60694

ALL SEASONS MARKETING INC
302 BELL PARK DR
WOODSTOCK, GA 30188

GREEN GUARD
4159 SHORELINE DR
ST LOUIS, MO 63045

SIGN OF THE CRAB
3756 OMEC CIRCLE
RANCHO CORDOVA, CA 95742

EMPIRE INDUSTRIES INC
PO BOX 40000

Vendor Addr A Co5.txt

DEPT 775
HARTFORD, CT 06151-0775

AQUABRASS INTERNATIONAL CORP
3139 NORTH ANDREWS AVE EXT.
POMPANO BEACH, FL 33064

FOREMOST INDUSTRIES
P O BOX 19068
NEWARK, NJ 07195-0068

SONIA AMERICA INC
5058 NORTH HIATUS RD
SUNRISE, FL 33351

ST THOMAS CREATIONS
P O BOX 890175
DALLAS, TX 75389

ADVERTISING PLUS INC
120 E OGDEN AVE
SUITE 21
HINSDALE, IL 60521

ARMSTRONG WOOD PRODUCTS
16803 DALLAS PARKWAY
ATTN CREDIT DEPARTMENT
ADDISON, TX 75001

CLARK A. HOGAN ASSOCIATES
104 W. SENECA AVENUE #9
TAMPA, FL 33612

EQUIFAX CREDIT INFORMATION
ATTN: DAVID PAUL-DROP 53
1150 LAKE HEARN DR
SUITE 450
ATLANTA, GA 30342

SPARTAN STAFFING
P O BOX 850001
ORLANDO, FL 32885-0132

EXPANETS
OF INDIANA
DEPT CH 10890
PALATINE, IL 60055-0890

Vendor Addr A Co5.txt

HECTARUS INC
5329 BOULEVARD SAINT LAURENT
MONTREAL
QUEBEC CANADA, .  H2T1S

HERBEAU CREATIONS
2795 DAVIS BLVD
NAPLES, FL 34104

WATERMARK DESIGNS
491 WORTMAN AVENUE
SPRING CREEK, NY 11208

INTERNATIONAL THERMOCAST CORP
308 BELL PARK DRIVE
SUITE A
WOODSTOCK, GA 30188

ANDRE COLLECTION
4955 EVERETT CT
VERNON, CA 90058

FLORIDA RECYLING SERVICE
3817 COLLECTIONS CENTER DR
CHICAGO, IL 60693

M T I WHIRLPOOLS
670 NORTH PRICE ROAD
SUGAR HILL, GA 30518

THE WALDINGER CORPORATION
6280 ARC WAY
FT MYERS, FL 33912

MICO LTD
1432 W 21ST ST
CHICAGO, IL 60608

BATES & BATES
7310 ALONDRA BLVD
PARAMOUNT, CA 90723

DORNBRACHT USA INC
1700 EXECUTIVE DRIVE SOUTH
#600
DULUTH, GA 30096

TIRES PLUS

Vendor Addr A Co5.txt

925 SOUTH BROAD STREET
BROOKSVILLE, FL 34601

CREATIVE SPECIALTIES
75 REMITTANCE DRIVE
SUITE 1590
CHICAGO, IL 60675-1590

THE RAVEN SALES CO LTD
19 DEPOT STREET
SUITE 6B
UXBRIDGE, MA 01569

CUCINA
931 W 19TH ST
CHICAGO, IL 60608

GLOBE UNION AMERICA CORP
2 TERRITORIAL COURT
UNIT A
BOLINGBROOK, IL 60440

BATH UNLIMITED INC
P O BOX 277107
ATLANTA, GA 30384-7107

FEDERAL HOME PRODUCTS-KINDRED
P O BOX 96947
CHICAGO, IL 60693-6947

GCR
BARTOW TIRE CENTER
625 WEST MAIN
BARTOW, FL 33830

FRAJON VALVES INC
POST OFFICE BOX 812482
BOCA RATON, FL 33481-2482

THE R & J GROUP
2135 SW 1ST AVE
CAPE CORAL, FL 33991

KITCHEN & BATH SUPPLY INC
11350 METRO PARKWAY #118
FT MYERS, FL 33912

AFINA CORPORATION

Vendor Addr A Co5.txt

195 RIVER STREET
PATERSON, NJ 07501

FEDEX
PO BOX 1140
MEMPHIS, TN 38101-1140

PLYMOUTH PRODUCTS
12472 COLLECTION CENTER DR
CHICAGO, IL 60693

KENTEC, INC.
POST OFFICE BOX 530103
3250 CENTERVILLE HIGHWAY
DRAWER # GA00064
ATLANTA, GA 30353-0103

ALUMAX
121 KELSEY IN.
SUITE F
TAMPA, FL 33619

UNITED LOGISTICS
1101 CORNWALL ROAD
SANFORD, FL 32773

OLD VILLAGE CLASSICS INC
7152 N W 51ST STREET
MIAMI, FL 33166

AMBIANCE IMPORTS INC
11080 DALLAS WTC
PO BOX 420543
DALLAS, TX 75342

LINK A SINK
13825 N 32ND STREET
SUITE 42
PHOENIX, AZ 85032

LEGACY BRASS INC
786 MIRAFLORES AVENUE
UNIT B
SAN PEDRO, CA 90731

BEST DESIGNS
4900 CALVERT STREET
DALLAS, TX 75247

Vendor Addr A Co5.txt

HARRINGTON INDUSTRIAL PRODUCTS
2605 ACE ROAD
ORLANDO, FL 32804

WATER WHIZ LLC
P O BOX 31218
TAMPA, FL 33631-3218

WHITEHUAS COLLECTION
589 ORANGE AVE
WEST HAVEN, CT 06516

COVERALL OF SOUTHWEST FLORIDA
NW 7843-20
PO BOX 1450
MINNEAPOLIS, MN 55485-7843

RITA STAFFING
PO BOX 6955
LAKELAND, FL 33807

SUNCOAST ROOFERS SUPPLY
3595 RECKER HIGHWAY
WINTER HAVEN, FA 33880

GERALDS TIRES AND SERVICE
3597 RECKER HIGHWAY
WINTER HAVEN, FL 33880

PLANIT SOLUTIONS INC
DEPT/DRAWER # AL00539
PO BOX 830792
BIRMINGHAM, AL 35283-0792

A.J. O'NEAL & ASSOCIATES
PO BOX 898
BRANDON, FL 33509

☐

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **SOUTHWEST PIPE & SUPPLY** | )   **Chapter 11 Case** |
| **COMPANY, INC.** | ) |
| **a Delaware corporation,** | ) |
| **d/b/a FaucetsPlus.com** | ) · |
| **EIN #59-1699888,** | ) |
| | )   **NO.** |
| DEBTOR. | ) |

## LIST OF TWENTY LARGEST UNSECURED CREDITORS

| | | |
|---|---|---|
| **STATE OF ILLINOIS** | ) | |
| | ) | **SS** |
| **COUNTY OF COOK** | ) | |

I, Steve Kogan, being first duly sworn on oath, depose and say that I am the Secretary of **Southwest Pipe & Supply Company, Inc., a Delaware corporation**, the debtor herein, and that to the best of my knowledge, information and belief, the list attached hereto as Exhibit A contains the names and addresses of the twenty largest unsecured creditors of the debtor prepared in accordance with Rule 1007(d) for filing in this Chapter 11 case. The list does not include (1) those persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

By: **Southwest   Pipe   &   Supply   Company, Inc., a Delaware corporation**

By: _Steve Kogan_/ Secretary.

I declare under penalty of perjury
that the foregoing is true and correct.

## EXHIBIT A TO SOUTHWEST PIPE & SUPPLY
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 1. Rheem Mfg Co. 101 Bell Road Montgomery, AL 36117 | Carl MacMaken Rheem Mfg. Co. 101 Bell Road Montgomery, AL 36117 Ph: (800) 621-5622 Fax: (800) 219-6107 | Trade debt | | $524,107.40 |
| 2. Delta Faucet Co. 55 E. 111th Street Indianapolis, IN 46280 | Richard Brukman Delta Faucet Co. 55 E. 111th Street Indianapolis, IN 46280 Ph. (317) 848-0766 Fax: (317) 848-0739 | Trade debt | | $462,307.74 |
| 3. Briggs Plumbing Products 300 Eagle Drive Goose Creek, SC 29445 | Becky Dipietro Briggs Plumbing Product 300 Eagle Drive Goose Creek, SC 29445 Ph: (800) 888-4458 Fax: (843) 569-2091 | Trade debt | | $326,810.97 |

~CHGO1:30381955.v1

~CHGO1:30381955.v1

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 4. Kohler Company<br>444 Highland Drive<br>Kohler, WI 53044 | John Suralik<br>Kohler Company<br>444 Highland Drive<br>Kohler, WI 53044<br>Ph. (920) 457-4441<br>Fax: (920) 451-4443 | Trade debt | | $240,677.66 |
| 5. Thompson Plastics<br>3425 Danwood Blvd.<br>Huntsville, AL 35811 | Robin Hansen<br>Thompson Plastics<br>3425 Danwood Blvd.<br>Huntsville, AL 35811<br>Ph: (800) 272-2782<br>Fax: (256) 852-2782 | Trade debt | | $187,463.24 |
| 6. Gerber Plumbing Fixtures Inc.<br>4600 West Touhy Ave.<br>Lincolnwood, IL 60712 | Michael Werner<br>Gerber Plumbing Fixtures Inc.<br>4600 West Touhy Ave.<br>Lincolnwood, IL 60712<br>Ph. (847) 675-6570<br>Fax: (847) 675-5192 | Trade debt | | $121,160.60 |
| 7. Bathcraft Inc.<br>1610 JP Rodgers Dr.<br>Valdosta, GA 31603 | Lisa Hall<br>Bathcraft Inc.<br>1610 JP Rodgers Dr.<br>Valdosta, GA 31603<br>Ph: (800) 343-8295<br>Fax: (229) 245-0994 | Trade debt | | $112,263.60 |

~CHOO1-3081955.v1

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 8.  Jacuzzi Whirlpool Bath Phillips Point West Tower Suite 1108 7777 S. Flagler Dr. W. Palm Beach, FL 33401 | Jeff Park Jacuzzi Whirlpool Bath Phillips Point West Tower Suite 1108 7777 S. Flagler Dr. W. Palm Beach, FL 33401 Ph: (925) 938-7070 Fax: (516) 514-3839 | Trade debt | | $108,728.78 |
| 9.  Moen Division 25300 Almone Drive North Olmstead, OH 44070 | Bruce Carboneri Moen Division 25300 Almone Drive North Olmstead, OH 44070 Ph: (800) 321-8809 Fax: (440) 962-2770 | Trade debt | | $86,105.67 |
| 10. Sanderson Pipe Corporation 1 Enterprise West Sanderson, FL 32087 | Tom Hiday Sanderson Pipe Corporation 1 Enterprise West Sanderson, FL 32087 Ph: (800) 669-3553 Fax: (904) 275-3054 | Trade debt | | $77,059.32 |

3

~CHO01:30381955.v1

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 11. Brass Craft Mfg. 39600 Orchard Hill Pl. Novi, MI 48375 | Todd Talbott Brass Craft Mfg. 39600 Orchard Hill Pl. Novi, MI 48375 Ph. (248) 305-6000 Fax: (248) 305-6007 | Trade debt | | $69,272.95 |
| 12. Charlotte Pipe & Foundry Inc. 2109 Randolph Road Charlotte, NC 28607 | Lynne Rhinehart Charlotte Pipe & Foundry, Inc. 2109 Randolph Road Charlotte, NC 28607 Ph.: (704) 372-5030 Fax: (704) 348-6418 | Trade debt | | $65,408.39 |
| 13. In Sink Erator Division 4700 21st Street Racine, WI 53406 | Bill Ivy In Sink Erator Division 4700 21st Street Racine, WI 53406 Ph.: (262) 554-5432 Fax: (262) 321-0113 | Trade debt | | $64,502.85 |
| 14. Elkay Mfg. 2222 Camden Court Oak Brook, IL 60523 | Ron Katz Elkay Mfg. 2222 Camden Court Oak Brook, IL 60523 Ph. (630) 574-8484 Fax: (630) 574-5012 | Trade debt | | $38,584.30 |

4

~CHC01:30381955.v1

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate If Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 15. Sterling Plumbing Group<br>444 Highland Drive<br>Kohler, WI 53044 | John Suralik<br>Sterling Plumbing Group<br>444 Highland Drive<br>Kohler, WI 53044<br>Ph. (920) 457-4441<br>Fax: (920) 451-4443 | Trade debt | | $36,208.87 |
| 16. The Carr Co. of Florida<br>6000 Park of Commerce Blvd.<br>Boca Raton, FL 33487 | Millie Johnson<br>The Carr Co. of Florida<br>6000 Park of Commerce Blvd.<br>Boca Raton, FL 33487<br>Ph.: (561) 997-2696<br>Fax: (561) 997-2633 | Trade debt | | $25,967.26 |
| 17. Your Other Warehouse<br>Suite 300<br>2900 West Fork Drive<br>Baton Rouge, LA 70827 | Your Other Warehouse<br>Attn: Melinda<br>Suite 300<br>2900 West Fork Drive<br>Baton Rouge, LA 70827<br>Ph.: (800) 947-7000<br>Fax: (225) 215-9569 | Trade debt | | $24,529.13 |

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 18. Lasco Bathware<br>8101 East Kaiser<br>Boulevard<br>Anaheim, CA 92808 | Sandy Nicoles<br>Lasco Bathware<br>8101 East Kaiser<br>Boulevard<br>Anaheim, CA 92808<br>Ph.: (714) 993-1220<br>Fax: (714) 998-1250 | Trade debt | | $23,525.75 |
| 19. T & S Brass & Bronze<br>Works Inc.<br>2 Saddleback Cove<br>Travelers Rest, NC<br>29690 | LouAnn Hunicut<br>T&S Brass & Bronze<br>Works Inc.<br>2 Saddleback Cove<br>Travelers Rest, NC<br>29690<br>Ph.: (864) 834-4102<br>Fax: (864) 834-3518 | Trade debt | | $23,512.38 |
| 20. Grohe America Inc.<br>241 Covington Drive<br>Bloomingdale, IL 60108 | Robert Atkins<br>Grohe America Inc.<br>241 Covington Drive<br>Bloomingdale, IL 60108<br>Ph. (630) 582-7711<br>Fax: (630) 582-7722 | Trade debt | | $23,474.13 |

~CHG01:30381955.v1

6

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **SOUTHWEST PIPE & SUPPLY** | ) **Chapter 11 Case** |
| **COMPANY, INC.** | ) |
| a Delaware corporation, | ) |
| d/b/a FaucetsPlus.com | ) |
| EIN #59-1699888, | ) |
| | ) **NO.** |
| DEBTOR. | ) |

### LIST OF EQUITY SECURITY HOLDERS

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

I, Steve Kogan, being first duly sworn on oath, depose and say that I am the Secretary of **Southwest Pipe & Supply Company, Inc., a Delaware corporation,** the debtor herein and that to the best of my knowledge, information and belief, the list attached hereto as Exhibit A is a full, complete and actual list of the names and addresses of the shareholders of the debtor.

By: **Southwest Pipe & Supply Company, Inc., a Delaware corporation**

By: _____
Steve Kogan, Secretary

I declare under penalty of perjury
that the foregoing is true and correct.

CHGO130381878.v1

## EXHIBIT A

| | |
|---|---|
| Steve Kogan<br>133 South Rohlwing Road<br>Addison, IL 60101 | Harvey Kogan<br>133 South Rohlwing Road<br>Addison, IL 60101 |