**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SOUTHWEST PIPE & SUPPLY COMPANY, IN | § | Case No. 03-49245-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Clerk of U.S. Bankruptcy Court
    219 S. Dearborn Street
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 03/11/2011 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  02/03/2011          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                              Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: SOUTHWEST PIPE & SUPPLY COMPANY, IN § | Case No. 03-49245-JS |
| § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 202,668.78 |
| *and approved disbursements of* | $ | 64,188.94 |
| *leaving a balance on hand of* [1] | $ | 138,479.84 |
| **Balance on hand:** | **$** | **138,479.84** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 138,479.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 13,383.09 | 5,489.05 | 7,894.04 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 4,403.36 | 0.00 | 4,403.36 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 206.21 | 0.00 | 206.21 |
| Accountant for Trustee, Fees - CBIZ MHM, LLC | 977.72 | 0.00 | 977.72 |
| Accountant for Trustee, Expenses - CBiZ ACCOUNTING, TAX & ADVISORY SERVICES | 24.22 | 0.00 | 24.22 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 13,505.55 |
| Remaining balance: | $ | 124,974.29 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $        0.00
Remaining balance:                                          $  124,974.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,701.60 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sikes, Juanita B | 550.45 | 0.00 | 550.45 |
| 9 | STATE OF FLORIDA DEPT OF REVENUE | 1,151.15 | 0.00 | 1,151.15 |

Total to be paid for priority claims: $    1,701.60
Remaining balance:                    $  123,272.69

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,441,346.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Sanderson Pipe Corporation | 77,059.00 | 0.00 | 2,140.01 |
| 3 | Nextel West Corp | 5,125.66 | 0.00 | 142.34 |
| 4 | Nextel West Corp | 28,808.13 | 0.00 | 800.03 |
| 5 | Gorman Co Division of Hajuca Corp | 668.97 | 0.00 | 18.58 |
| 6 | Pre Mix Industries Inc | 9,209.73 | 0.00 | 255.76 |
| 7 | Ryder Truck Rental Inc | 88,280.47 | 0.00 | 2,451.63 |
| 8 | Ryder Truck Rental Inc | 23,190.51 | 0.00 | 644.02 |
| NA | Jacuzzi | 4,950.00 | 0.00 | 137.47 |
| NA | Lasco Bathware | 8,949.00 | 0.00 | 248.52 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| NA | Humana, Inc. | 535.00 | 0.00 | 14.86 |
| NA | Herbeau Creations | 2,656.75 | 0.00 | 73.78 |
| NA | Charlotte Pipe & Foundry, Inc. | 19,000.00 | 0.00 | 527.65 |
| NA | Lasco Fittings, Inc. | 3,268.00 | 0.00 | 90.76 |
| NA | Moen Incorporation | 3,717.00 | 0.00 | 103.22 |
| NA | Sioux Chief Mfg Co., Inc. | 2,619.00 | 0.00 | 72.73 |
| NA | Zurn Industries | 5,600.00 | 0.00 | 155.52 |
| NA | Oatey Supply Chain Services, Inc. | 21,600.00 | 0.00 | 599.85 |
| NA | Ryder Transportation Services | 7,387.79 | 0.00 | 205.17 |
| NA | Car Leasing, Inc. | 413.00 | 0.00 | 11.47 |
| NA | Blumenauer Corp | 5,030.00 | 0.00 | 139.69 |
| NA | Brass Craft Mfg | 2,802.50 | 0.00 | 77.83 |
| NA | Bemis Mfg Co. | 516.00 | 0.00 | 14.33 |
| NA | Blanco America | 3,353.00 | 0.00 | 93.12 |
| NA | Bathcraft, Inc. | 50,000.00 | 0.00 | 1,388.54 |
| NA | Arrowhead Brass Products | 6,390.00 | 0.00 | 177.46 |
| 10 | AFNI Verizon | 311.98 | 0.00 | 8.66 |
| 12 | Brasstech Inc | 10,798.73 | 0.00 | 299.89 |
| 13 | Rheen Mfg. Co | 496,234.08 | 0.00 | 13,780.86 |
| 18 | Abe Kogan | 4,400.00 | 0.00 | 122.19 |
| 19 | Harvey Kogan | 4,400.00 | 0.00 | 122.19 |
| 20 | Steve Kogan | 4,400.00 | 0.00 | 122.19 |
| 70 | Elcoma Metal Fabricating | 284.00 | 0.00 | 7.89 |
| 89 | Leonard Valve Co | 254.00 | 0.00 | 7.05 |
| 91 | Red-white Valve Corp. | 6,438.00 | 0.00 | 178.79 |
| 94 | Lasco Bathware | 21,164.19 | 0.00 | 587.75 |
| 104 | Hindley Manufacturing Co Inc | 921.00 | 0.00 | 25.58 |
| 109 | Merrell L Poole & Associates | 3,820.06 | 0.00 | 106.09 |
| 134 | American Granby Inc | 414.00 | 0.00 | 11.50 |
| 138 | Black Swan Mfg Co | 408.56 | 0.00 | 11.35 |
| 167 | All Seasons Marketing Inc | 694.65 | 0.00 | 19.29 |
| 168 | Southern Specialty Mfg Co | 2,010.52 | 0.00 | 55.83 |
| 171 | Goss Inc | 56.76 | 0.00 | 1.58 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 173 | Mr Auto Mechanic, Inc | 197.46 | 0.00 | 5.48 |
| 174 | Target Marketing Enterprises | 151.68 | 0.00 | 4.21 |
| 183 | Elkay Mfg Co. | 38,584.00 | 0.00 | 1,071.51 |
| 189 | Guarantee Specialties Inc | 3,245.33 | 0.00 | 90.13 |
| 192 | Nu Calgon Wholesaler Inc. | 762.60 | 0.00 | 21.18 |
| 209 | Rohl Corporation | 2,865.31 | 0.00 | 79.57 |
| 210 | Sunroc Company | 748.73 | 0.00 | 20.79 |
| 212 | Florida Lift Systems Inc | 7,843.86 | 0.00 | 217.83 |
| 213 | Avanti Company, The | 2,383.32 | 0.00 | 66.19 |
| 214 | Great Impressions | 2,524.00 | 0.00 | 70.09 |
| 232 | Santec | 14,599.08 | 0.00 | 405.43 |
| 263 | Gusa Co | 1,623.00 | 0.00 | 45.07 |
| 264 | A.j. Oneal & Associates | 605.02 | 0.00 | 16.80 |
| 273 | E L Mustee & Sons Inc | 11,273.85 | 0.00 | 313.08 |
| 278 | Alsons Corporation | 3,508.37 | 0.00 | 97.43 |
| 279 | Thrift Marketing | 1,569.53 | 0.00 | 43.59 |
| 284 | Precision Plumbing Products | 2,265.72 | 0.00 | 62.92 |
| 285 | Plymouth Products | 1,171.00 | 0.00 | 32.52 |
| 303 | Roma Steam Bath | 1,500.35 | 0.00 | 41.67 |
| 312 | Zurn Industries | 17,969.13 | 0.00 | 499.02 |
| 317 | St. Thomas Creations | 1,512.34 | 0.00 | 42.00 |
| 318 | Jacuzzi Whirlpool Bath | 118,601.00 | 0.00 | 3,293.66 |
| 321 | Cuno Inc | 1,078.54 | 0.00 | 29.95 |
| 345 | Selkirk Metalbestos | 771.86 | 0.00 | 21.44 |
| 349 | Lsp Products Group Inc. | 2,787.86 | 0.00 | 77.42 |
| 351 | Milwaukee Electric Tool Corp. | 3,135.84 | 0.00 | 87.09 |
| 368 | Zambetti Steel Products | 2,237.76 | 0.00 | 62.14 |
| 369 | J C Whitlam Manufacturing | 3,681.69 | 0.00 | 102.24 |
| 371 | Metro Ice, Inc | 248.04 | 0.00 | 6.89 |
| 385 | Riddile & Associates | 1,142.63 | 0.00 | 31.73 |
| 392 | Guardian Equipment | 430.00 | 0.00 | 11.94 |
| 395 | Gerber Plumbing Fixtures Inc | 92,009.00 | 0.00 | 2,555.17 |
| 418 | Your Way Commercial Cleaning | 424.00 | 0.00 | 11.77 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 419 | Wilkins Regulator | 8,173.46 | 0.00 | 226.98 |
| 430 | S E & F Corp | 365.00 | 0.00 | 10.14 |
| 436 | Barclay Products Ltd | 1,543.00 | 0.00 | 42.85 |
| 438 | Knox Co | 3,113.00 | 0.00 | 86.45 |
| 444 | Keeney Manufacturing Co | 13,421.00 | 0.00 | 372.71 |
| 447 | FLORIDA NOTICE SERVICE | 360.00 | 0.00 | 10.00 |
| 451 | Central Brass Mfg Co | 1,604.00 | 0.00 | 44.54 |
| 456 | C J Smith & Associates Inc | 962.98 | 0.00 | 26.74 |
| 466 | Thompson Plastics | 186,349.72 | 0.00 | 5,175.10 |
| 469 | M T I Whirlpools | 301.00 | 0.00 | 8.36 |
| 476 | King Bros Industries | 6,216.00 | 0.00 | 172.62 |
| 477 | Mueller Streamline Co | 10,039.21 | 0.00 | 278.80 |
| 489 | Florida Recyling Service | 1,461.00 | 0.00 | 40.57 |
| 502 | Sioux Chief Mfg Co Inc | 1,561.05 | 0.00 | 43.35 |
| 513 | Josam Company | 99.85 | 0.00 | 2.77 |
| 527 | Bradley Corporation | 1,052.00 | 0.00 | 29.21 |
| 534 | American Whirlpool Products | 7,310.00 | 0.00 | 203.01 |
| 537 | Sta Rite Industries | 699.96 | 0.00 | 19.44 |
| 540 | Altmans Distribution Inc | 320.52 | 0.00 | 8.90 |
| 554 | West Howell Company | 6,219.00 | 0.00 | 172.71 |
| 556 | Howards Products Inc | 890.77 | 0.00 | 24.74 |
| 580 | Seaco Supply Corporation | 778.00 | 0.00 | 21.61 |
| 587 | Cucina | 39.00 | 0.00 | 1.08 |
| 595 | Pure Lead Products Inc | 17,714.46 | 0.00 | 491.95 |
| 597 | Rheem Mfg Co | 496,234.00 | 0.00 | 13,780.86 |
| 607 | Carr Co Of Florida, The | 26,567.00 | 0.00 | 737.79 |
| 609 | Charlotte Pipe & Foundry Inc | 64,737.00 | 0.00 | 1,797.80 |
| 619 | Vu Flow Filters Inc | 1,146.51 | 0.00 | 31.84 |
| 637 | Robern | 1,148.65 | 0.00 | 31.90 |
| 642 | Kohler Company | 259,402.40 | 0.00 | 7,203.84 |
| 643 | Canplas Llc | 9,387.62 | 0.00 | 260.70 |
| 649 | Moen Division | 86,553.60 | 0.00 | 2,403.67 |
| 649 | Moen Division | 3,717.00 | 0.00 | 103.22 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 654 | Chicago Faucet Company | 384.00 | 0.00 | 10.66 |
| 662 | Briggs Plumbing Products, Inc. | 287,467.00 | 0.00 | 7,983.22 |
| 663 | Opella Inc | 3,890.00 | 0.00 | 108.03 |
| 672 | Swan Corp | 184.82 | 0.00 | 5.13 |
| 704 | Simmons Manufacturing Co | 149.00 | 0.00 | 4.14 |
| 707 | Plumbing Place, The | 3,688.00 | 0.00 | 102.42 |
| 716 | General Insulation Co Inc | 3,430.00 | 0.00 | 95.25 |
| 720 | Pinnacle Sales Group | 8,951.95 | 0.00 | 248.60 |
| 729 | OCCUPATIONAL HEALTH CENTER | 162.00 | 0.00 | 4.50 |
| 749 | Kentec, Inc. | 2,357.28 | 0.00 | 65.46 |
| 754 | Pearl Baths Inc | 12,100.08 | 0.00 | 336.03 |
| 770 | Grohe America Inc | 25,201.64 | 0.00 | 699.87 |
| 775 | Arrowhead Brass Products | 5,237.70 | 0.00 | 145.46 |
| 808 | CHICAGO TRUCK DRIVERS UNION BENEFIT FUND | 1,104,429.83 | 0.00 | 30,671.00 |
| 924 | Blumenauer Corp | 1,921.36 | 0.00 | 53.36 |
| 928 | Sign Of The Crab | 765.73 | 0.00 | 21.27 |
| 931 | Berrien Metal Products Inc | 315.60 | 0.00 | 8.76 |
| 1009 | William H Harvey Co | 289.00 | 0.00 | 8.03 |
| 1016 | Florida Notice Service | 300.00 | 0.00 | 8.33 |
| 1029 | Delta Faucet Company | 460,724.94 | 0.00 | 12,794.74 |
| 1043 | Mansfield Plumbing Products | 298.99 | 0.00 | 8.30 |
| 1063 | Navistar Financial Corporation | 1,387.73 | 0.00 | 38.54 |
| 1098 | Harry Warren Inc | 2,559.96 | 0.00 | 71.09 |
| 1103 | Delta Faucet Co. | 12,960.00 | 0.00 | 359.91 |
| 1111 | Elkay Mfg Co. | 1,110.00 | 0.00 | 30.83 |

Total to be paid for timely general unsecured claims: $ 123,340.15
Remaining balance: $ -67.46

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ -67.46

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ -67.46

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: csimmons              Page 1 of 1                  Date Rcvd: Feb 04, 2011
Case: 03-49245                Form ID: pdf006             Total Noticed: 18

The following entities were noticed by first class mail on Feb 06, 2011.
 db           +Southwest & Pipe & Supply Company, Inc,    133 South Rohlwing Road,    Addison, IL 60101-3027
 aty          +David N Missner,    DLA Piper US LLP,    203 N LaSalle Street,    Suite 1900,
                Chicago, IL 60601-1263
 tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,     1900 Ravinia Place,
                Orland Park, IL 60462-3760
11420460      +Abe Kogan,    c/o George P. Apostolides,    ARNSTEIN & LEHR LLP,
                120 S. Riverside Plaza, Suite 1200,    Chicago, IL 60606-3910
 8992524       Brasstech Inc,    c/o Shari Crane,    21001 Cranegie Ave,    Santa Ana, Ca 92705
 9188291       Briggs Plumbings Products Inc,    Moore & Van Allen PLC,    PO Box 22828,
                Charleston, SC 29413-2828
 9200926      +Gardner Carton & Souglas LLP,    191 N Wacker Dr., Ste 3700,    Chicago, IL 60606-1698
 7806816      +Gorman Co Division of Hajuca Corp,    4987 NW 23rd Ave,    Ft. Lauderdale, FL 33309-3051
11420461      +Harvey Kogan,    c/o George P. Apostolides,    ARNSTEIN & LEHR LLP,
                120 S. Riverside Plaza, Suite 1200,    Chicago, IL 60606-3910
 8316256      +James A Skiba,    3034A 9th Place,    Milwaukee, WI 53215-3950
 7731491      +Nextel West Corp,    Nextel Communications,    POB 172408,    Denver, CO 80217-2408
 7825174       Pre Mix Industries Inc,    PO Box 752111,    Charlotte NC 28275
 9167251      +Rheen Mfg. Co,    Simon Parfitt,    Water Heater Division,    101 Bell Road,
                Montgomery, AL 36117-4305
 7706891      +Sikes, Juanita B,    Herando County Tax Collector,    20 N Main St Rm 112,
                Broosville, FL 34601-2892
 8029926       State of Florida-Dept of Revenue -UT,    P O Box 6668,    Tallahassee, Florida 32314-6668
11420462      +Steve Kogan,    c/o George P. Apostolides,    ARNSTEIN & LEHR LLP,
                120 S. Riverside Plaza, Suite 1200,    Chicago, IL 60606-3910
The following entities were noticed by electronic transmission on Feb 04, 2011.
 8059429      +E-mail/PDF: recoverybankruptcy@afninet.com Feb 05 2011 00:06:11      AFNI Verizon,
                404 Brock Drive,    Bloomington Il 61701-2654
 7854141      +E-mail/Text: jennifer_morris@ryder.com                            Ryder Truck Rental Inc,   M/S2868,
                6000 Windward Parkway,    Alpharetta, GA 30005-4181
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2011                    Signature:    _____