**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SOUTHWEST PIPE & SUPPLY COMPANY, IN    § Case No. 03-49245-JS
                                              §
                                              §
Debtor(s)                                     §

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 05, 2003. The undersigned trustee was appointed on December 05, 2003.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $    202,668.78

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 64,188.94 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $    138,479.84 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 04/25/2006 and the deadline for filing governmental claims was / / . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,383.09. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $5,489.05 as interim compensation and now requests the sum of $7,894.04, for a total compensation of $13,383.09.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/07/2011           By: /s/DAVID GROCHOCINSKI, TRUSTEE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 03-49245-JS  **Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE
**Case Name:** SOUTHWEST PIPE & SUPPLY COMPANY, IN  **Filed (f) or Converted (c):** 12/05/03 (f)
 **§341(a) Meeting Date:** 05/11/04
**Period Ending:** 02/07/11  **Claims Bar Date:** 04/25/06

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | CHECING, SAVINGS & OTHER FINANCIAL ACCOUNTS | 1,961.00 | 0.00 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE | 2,063,695.00 | 0.00 | | 0.00 | FA |
| 3 | TRUCKS, TRAILERS AND OTHER VEHICLES | 35,594.00 | 0.00 | | 0.00 | FA |
| 4 | OFFICE EQUIPMENT | 65,733.00 | 0.00 | | 0.00 | FA |
| 5 | MACHINERY, FIXTURES, EQUIPMENT | 48,502.00 | 0.00 | | 0.00 | FA |
| 6 | INVENTORY | 4,163,966.00 | 0.00 | | 0.00 | FA |
| 7 | OTHER PERSONAL PROPERTY | 365,862.00 | 0.00 | | 0.00 | FA |
| 8 | POSSIBLE PREFERENCES | 500,000.00 | 500,000.00 | | 200,585.54 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2,083.24 | Unknown |
| 9 | Assets Totals (Excluding unknown values) | **$7,245,313.00** | **$500,000.00** | | **$202,668.78** | **$0.00** |

**Major Activities Affecting Case Closing:**

ENT ASSET NOTICE WITH DELAY REQUESTED 1/11/05; INVESTIGATION OF PREFERENCES AND TRANSFERS TO INSIDERS
PREFERENCE ADVERSARY CASES STILL PENDING; TRIAL DATE LIKELY IN 2008; TAX REFUNDS RECEIVED AND PAID TO CREDITORS; INSIDER AVOIDANCE PENDING; ROME ADVERSARY SETTLED; TAX CLAIMS BEING ADJUSTED; CLAIMS NOW BEING RECEIVED; REVIEWING ABOUT 1500 CLAIMS TO BE COMPLETED BY JUNE 2009 AND FINAL REPORT THEREAFTER; CLAIM OBJECTIONS PENDING; FINAL REPORT TO FOLLOW
FINAL REPORT SUBMITTED TO US TRUSTEE ON 12/30/10

**Initial Projected Date Of Final Report (TFR):** June 30, 2007  **Current Projected Date Of Final Report (TFR):** December 31, 2010

Printed: 02/07/2011 02:14 PM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 03-49245-JS  
**Case Name:** SOUTHWEST PIPE & SUPPLY COMPANY, IN  
**Taxpayer ID #:** **-***9888  
**Period Ending:** 02/07/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/16/05 | {8} | THE BLUMENAUER CORPORATION | SETTLEMENT OF PREFERENCE | 1141-000 | 5,030.00 | | 5,030.00 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.97 | | 5,030.97 |
| 12/06/05 | {8} | BUILDERS PLUMBING & HEATING SUPPLY | TRANSFER OF FUNDS REGARDING SETTLEMENT WITH NIBCO | 1141-000 | 2,200.50 | | 7,231.47 |
| 12/13/05 | {8} | MASCO CORP | SETTLEMENT OF PREFERENCE | 1141-000 | 12,960.00 | | 20,191.47 |
| 12/15/05 | {8} | BUILDERS PLUMBING | TRANSFER OF FUNDS FROM SETTLEMENT WITH BEMIS MFG. CO. | 1141-000 | 516.00 | | 20,707.47 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.30 | | 20,714.77 |
| 01/30/06 | {8} | RYDER TRUCK RENTAL, INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 7,387.79 | | 28,102.56 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 11.67 | | 28,114.23 |
| 02/09/06 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2005 FOR CASE #03B-49245, Bond #016026455 | 2300-000 | | 17.71 | 28,096.52 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 15.10 | | 28,111.62 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 16.72 | | 28,128.34 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.81 | | 28,146.15 |
| 05/16/06 | {8} | MASCO CORPORATION | SETTLEMENT OF PREFERENCE | 1141-000 | 2,802.50 | | 30,948.65 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.99 | | 30,968.64 |
| 06/12/06 | {8} | HERBEAU CREATIONS OF AMERICA, INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 2,656.75 | | 33,625.39 |
| 06/21/06 | {8} | BUILDERS PLUMBING & HEATING SUPPLY | TRANSFER OF FUNDS FROM BUILDERS/PORTION OF FUNDS FROM ARROWHEAD BRASS PRODUCTS SETTLEMENT OF PREFERENCE | 1141-000 | 6,390.00 | | 40,015.39 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.62 | | 40,038.01 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 27.21 | | 40,065.22 |
| 08/18/06 | {8} | MOEN | SETTLEMENT OF PREFERENCE | 1141-000 | 3,717.00 | | 43,782.22 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 28.05 | | 43,810.27 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 27.84 | | 43,838.11 |
| 10/11/06 | {8} | BUILDERS PLUMBING | FUNDS DUE FROM ELKAY SETTLEMENT | 1141-000 | 1,110.00 | | 44,948.11 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 31.19 | | 44,979.30 |
| 11/03/06 | {8} | BLANCO AMERICA, INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 3,353.00 | | 48,332.30 |
| 11/06/06 | {8} | LASCO FITTINGS, INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 3,268.00 | | 51,600.30 |
| 11/13/06 | {8} | CAR LEASING, INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 413.00 | | 52,013.30 |
| 11/17/06 | {8} | LASCO BATHWARE | SETTLEMENT OF PREFERENCE | 1141-000 | 2,052.00 | | 54,065.30 |
| 11/28/06 | {8} | FRAJON VALVES, INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 2,500.00 | | 56,565.30 |
| 11/29/06 | {8} | HUMANA | SETTLEMENT OF PREFERENCE | 1141-000 | 535.00 | | 57,100.30 |

Subtotals : $57,118.01    $17.71

{} Asset reference(s)

Case 03-49245    Doc 31    Filed 02/07/11    Entered 02/07/11 14:26:51    Desc Main
Document      Page 5 of 18

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 03-49245-JS  
**Case Name:** SOUTHWEST PIPE & SUPPLY COMPANY, IN  
**Taxpayer ID #:** **-***9888  
**Period Ending:** 02/07/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 33.62 | | 57,133.92 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 36.26 | | 57,170.18 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 52.68 | | 57,222.86 |
| 02/06/07 | 1002 | BUILDERS PLUMBING & HEATING INC. | REIMBURSEMENT OF EXPENSES PAID PER ALLOCATION ORDER OF 12/7/06 | | | 47,059.94 | 10,162.92 |
| | | DAVID GROCHOCINSKI, TRUSTEE | 5,489.05 | 2100-000 | | | 10,162.92 |
| | | | 41,570.89 | 2990-000 | | | 10,162.92 |
| 02/06/07 | 1003 | GLENDALE PLUMBING | REIMBURSEMENT OF FEES AND EXPENSE PAID PER ALLOCATION ORDER OF 12/7/06 | 2990-000 | | 8,758.43 | 1,404.49 |
| 02/06/07 | 1004 | IRON MOUNTAN RECORDS MANAGEMENT | 4% STORAGE FEE INVOICE DATE 1/31/07 | 2410-000 | | 45.62 | 1,358.87 |
| 02/12/07 | 1005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #03B-49245, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 49.89 | 1,308.98 |
| 02/21/07 | {8} | FRAJON VALVES INC. | SETTLEMENT OF ADVERSARY 05A 1967 | 1141-000 | 2,500.00 | | 3,808.98 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 14.46 | | 3,823.44 |
| 03/02/07 | 1006 | CBIZ ACCOUNTING TAX AND ADVISORY SERVICE | INTERIM COMPENSATION/4% PER ALLOCATION ORDER | 3410-000 | | 691.80 | 3,131.64 |
| 03/06/07 | 1007 | IRON MOUNTAN RECORDS MANAGEMENT | 4% OF STORAGE FEES PER ALLOCATION ORDER | 2410-000 | | 45.63 | 3,086.01 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.55 | | 3,089.56 |
| 04/12/07 | 1008 | IRON MOUNTAIN RECORDS MANAGEMENT | 4% OF STORAGE FEES / INVOICE DATED 3/31/07 | 2410-000 | | 45.63 | 3,043.93 |
| 04/18/07 | | To Account #********1566 | TRANSFER OF FUNDS | 9999-000 | | 500.00 | 2,543.93 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.57 | | 2,545.50 |
| 05/08/07 | 1009 | IRON MOUNTAIN RECORDS MANAGEMENT | 4% OF STORAGE FEES/INVOICE DATED 4/30/07 | 2410-000 | | 45.62 | 2,499.88 |
| 05/21/07 | {8} | GROHE AMERICA, INC. | SETTLEMENT OF ADVERSARY | 1141-000 | 4,225.00 | | 6,724.88 |
| 05/23/07 | {8} | BUILDERS PLUMBING & HEATING SUPPLY | PORTION OF FUNDS DUE FROM KOGAN SETTLEMENT | 1141-000 | 13,200.00 | | 19,924.88 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.94 | | 19,928.82 |
| 06/04/07 | 1010 | IRON MOUNTAIN RECORDS MANAGEMENT | 4% OF STORAGE FEES/INVOICE DATED 5/31/07 | 2410-000 | | 45.62 | 19,883.20 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.26 | | 19,893.46 |
| 07/03/07 | {8} | BRIGGS | SETTLEMENT OF PREFERENCE | 1141-000 | 20,000.00 | | 39,893.46 |
| 07/13/07 | {8} | OATEY SCS | SETTLEMENT OF PREFERENCE | 1141-000 | 21,600.00 | | 61,493.46 |

Subtotals :     $61,681.34     $57,288.18

{} Asset reference(s)

Printed: 02/07/2011 02:14 PM     V.12.56

Exhibit B

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 03-49245-JS  
**Case Name:** SOUTHWEST PIPE & SUPPLY COMPANY, IN  
**Taxpayer ID #:** **-***9888  
**Period Ending:** 02/07/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/30/07 | {8} | BUILDERS PLUMBING & HEATING | TRANSFER OF FUNDS DUE ESTATE FROM /SIOUX CHIEF SETTLEMENT | 1141-000 | 2,619.00 | | 64,112.46 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 26.40 | | 64,138.86 |
| 08/06/07 | {8} | CHARLOTTE PIPE & FOUNDRY COMPANY | SETTLEMENT OF PREFERENCE | 1141-000 | 19,000.00 | | 83,138.86 |
| 08/21/07 | 1011 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN, LLC | 4% OF FEES AND EXPENSES DUE SPECIAL COUNSEL | | | 3,167.32 | 79,971.54 |
| | | | 4% OF FEES          3,127.60 | 3210-600 | | | 79,971.54 |
| | | | 4% OF EXPENSES         39.72 | 3220-610 | | | 79,971.54 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 45.00 | | 80,016.54 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 83.47 | | 80,100.01 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 98.48 | | 80,198.49 |
| 11/02/07 | 1012 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 10/31/07 | 2410-000 | | 45.62 | 80,152.87 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1700% | 1270-000 | 83.76 | | 80,236.63 |
| 12/06/07 | {8} | BATHCRAFT | SETTLEMENT OF ADVERSARY | 1141-000 | 50,000.00 | | 130,236.63 |
| 12/06/07 | {8} | JACUZZI | SETTLEMENT OF ADVERSARY | 1141-000 | 4,950.00 | | 135,186.63 |
| 12/06/07 | {8} | ZURN INDUSTRIES, INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 5,600.00 | | 140,786.63 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1700% | 1270-000 | 122.41 | | 140,909.04 |
| 01/03/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 23.14 | | 140,932.18 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9000% | 1270-000 | 156.31 | | 141,088.49 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7700% | 1270-000 | 88.80 | | 141,177.29 |
| 03/07/08 | 1013 | IRON MOUNTAIN | 4% OF STORAGE FEES/INVOICE DATED 2/29/08 | 2410-000 | | 48.16 | 141,129.13 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 81.76 | | 141,210.89 |
| 04/03/08 | | To Account #********1566 | TRANSFER FUNDS TO PAY STORAGE FEES/ MISC EXPENSES | 9999-000 | | 1,000.00 | 140,210.89 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 74.90 | | 140,285.79 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 68.37 | | 140,354.16 |
| 06/10/08 | 1014 | IRON MOUNTAIN | 4% OF STORAGE FEES/INVOICE DATE 5/31/08 | 2410-000 | | 48.16 | 140,306.00 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 65.51 | | 140,371.51 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 65.53 | | 140,437.04 |
| 08/26/08 | 1015 | BUILDERS PLUMBING & HEATING | REIMBURSEMENT OF 4% PORTION TOWARD CBIZ FEE OF $34,663.82 | 3410-000 | | 1,386.55 | 139,050.49 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 61.29 | | 139,111.78 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 67.04 | | 139,178.82 |
| 10/03/08 | 1016 | IRON MOUNTAIN | 4% OF STORAGE FEES/INVOICE DATE | 2410-000 | | 50.67 | 139,128.15 |

Subtotals :     $83,381.17     $5,746.48

{} Asset reference(s)

Exhibit B

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 03-49245-JS  
**Case Name:** SOUTHWEST PIPE & SUPPLY COMPANY, IN  
**Taxpayer ID #:** **-***9888  
**Period Ending:** 02/07/11  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 9/30/08 | | | | |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 56.57 | | 139,184.72 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 37.71 | | 139,222.43 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 29.13 | | 139,251.56 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 17.12 | | 139,268.68 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 15.98 | | 139,284.66 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.27 | | 139,302.93 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 17.13 | | 139,320.06 |
| 05/18/09 | | BUILDERS PLUMBING | REFUND OF SPECIAL COUNSEL FEES (4%) | 3210-600 | | -513.03 | 139,833.09 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 16.58 | | 139,849.67 |
| 06/08/09 | 1017 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 5/31/09 | 2410-000 | | 62.58 | 139,787.09 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.34 | | 139,805.43 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 17.76 | | 139,823.19 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 17.77 | | 139,840.96 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 17.20 | | 139,858.16 |
| 10/02/09 | 1018 | IRON MOUNTAIN | 4% STORAGE FEES/ INVOICE DATED 9/30/09 | 2410-000 | | 62.58 | 139,795.58 |
| 10/28/09 | 1019 | CBIZ ACCOUNTING TAX AND ADVISORY SERVICES, INC. | 5TH INTERIM/FEES AND EXPENSES | | | 442.65 | 139,352.93 |
| | | | FEES 441.61 | 3410-000 | | | 139,352.93 |
| | | | EXPENSES 1.04 | 3420-000 | | | 139,352.93 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 17.19 | | 139,370.12 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 17.71 | | 139,387.83 |
| 12/04/09 | 1020 | IRON MOUNTAIN | 4% STORAGE FEES/ INVOICE DATED 11/30/09 | 2410-000 | | 62.58 | 139,325.25 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 17.71 | | 139,342.96 |
| 01/11/10 | 1021 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 12/31/09 | 2410-000 | | 69.94 | 139,273.02 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 16.56 | | 139,289.58 |
| 02/05/10 | 1022 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 1/31/10 | 2410-000 | | 69.94 | 139,219.64 |
| 02/05/10 | 1023 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #03-49245, BOND#016026455 | 2300-000 | | 115.59 | 139,104.05 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 15.97 | | 139,120.02 |
| 03/05/10 | 1024 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 2/28/10 | 2410-000 | | 69.94 | 139,050.08 |

Subtotals: $364.70 $442.77

{} Asset reference(s)

Printed: 02/07/2011 02:14 PM V.12.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 03-49245-JS  
**Case Name:** SOUTHWEST PIPE & SUPPLY COMPANY, IN  
**Taxpayer ID #:** **-***9888  
**Period Ending:** 02/07/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 18.81 | | 139,068.89 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 2.85 | | 139,071.74 |
| 04/06/10 | | Wire out to BNYM account 9200******1565 | Wire out to BNYM account 9200******1565 | 9999-000 | -139,071.74 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 63,495.14 | 63,495.14 | $0.00 |
| Less: Bank Transfers | -139,071.74 | 1,500.00 | |
| Subtotal | 202,566.88 | 61,995.14 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $202,566.88 | $61,995.14 | |

{} Asset reference(s)

Printed: 02/07/2011 02:14 PM   V.12.56

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

**Case Number:** 03-49245-JS  
**Case Name:** SOUTHWEST PIPE & SUPPLY COMPANY, IN  
**Taxpayer ID #:** **-***9888  
**Period Ending:** 02/07/11  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/07 | | From Account #********1565 | TRANSFER OF FUNDS | 9999-000 | 500.00 | | 500.00 |
| 04/18/07 | 101 | EUNICE SACHS & ASSOCIATES | 4% OF DEPOSITION FEE OF GEORGE BARTHEL | 2990-000 | | 15.34 | 484.66 |
| 07/09/07 | 102 | IRON MOUNTAIN RECORDS MANAGEMENT | 4% OF STORAGE FEES/INVOICE DATED 6/30/07 | 2410-000 | | 45.62 | 439.04 |
| 08/08/07 | 103 | IRON MOUNTAIN RECORDS MGMT | 4% OF MONTHLY STORAGE FEES/INVOICE DATED 7/31/07 | 2410-000 | | 45.62 | 393.42 |
| 09/10/07 | 104 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATE 8/31/07 | 2410-000 | | 45.62 | 347.80 |
| 10/05/07 | 105 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 9/30/07 | 2410-000 | | 45.62 | 302.18 |
| 12/10/07 | 106 | IRON MOUNTAIN | 4% OF STORAGE FEES/INVOICE DATED 11/30/07 | 2410-000 | | 45.62 | 256.56 |
| 01/09/08 | 107 | IRON MOUNTAIN | 4% STORAGE FEES/ INVOICE DATED 12/31/07 | 2410-000 | | 48.16 | 208.40 |
| 02/07/08 | 108 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 1/31/08 | 2410-000 | | 48.16 | 160.24 |
| 02/11/08 | 109 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #03B-49245, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 123.17 | 37.07 |
| 04/03/08 | | From Account #********1565 | TRANSFER FUNDS TO PAY STORAGE FEES/ MISC EXPENSES | 9999-000 | 1,000.00 | | 1,037.07 |
| 04/03/08 | 110 | IRON MOUNTAIN | 4% OF STORAGE FEES/INVOICE DATED 3/31/08 | 2410-000 | | 48.16 | 988.91 |
| 05/02/08 | 111 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 4/30/08 | 2410-000 | | 48.16 | 940.75 |
| 07/08/08 | 112 | IRON MOUNTAIN | 4% OF STORAGE FEES/INVOICE DATED 6/30/08 | 2410-000 | | 48.16 | 892.59 |
| 08/05/08 | 113 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATE 7/31/08 | 2410-000 | | 50.42 | 842.17 |
| 09/09/08 | 114 | IRON MOUNTAIN | 4% OF STORAGE FEES/INVOICE DATE 8/31/08 | 2410-000 | | 51.00 | 791.17 |
| 11/11/08 | 115 | IRON MOUNTAIN | 4% OF STORAGE FEES/INVOICE DATED 10/31/08 | 2410-000 | | 50.67 | 740.50 |
| 12/05/08 | 116 | IRON MOUNTAIN | 4% OF STORAGE FEES/INVOICE DATED 11/30/08 | 2410-000 | | 50.67 | 689.83 |
| 01/06/09 | 117 | IRON MOUNTAIN | 4% STORAGE FEE/INVOICE DATED 12/31/08 | 2410-000 | | 62.58 | 627.25 |
| 02/05/09 | 118 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #03B-49245, BOND#016026455 | 2300-000 | | 116.05 | 511.20 |

Subtotals :   $1,500.00   $988.80

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 03-49245-JS  
**Case Name:** SOUTHWEST PIPE & SUPPLY COMPANY, IN  
**Taxpayer ID #:** **-***9888  
**Period Ending:** 02/07/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/06/09 | 119 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 1/31/09 | 2410-000 | | 62.58 | 448.62 |
| 03/11/09 | 120 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 2/28/09 | 2410-000 | | 62.58 | 386.04 |
| 04/07/09 | 121 | IRON MOUNTAIN | 4% OF STORAGE FEES/INVOICE DATED 3/31/09 | 2410-000 | | 62.58 | 323.46 |
| 05/04/09 | 122 | IRON MOUNTAIN | 4% OF STORAGE FEES/iNVOICE DATED 4/30/09 | 2410-000 | | 62.58 | 260.88 |
| 07/08/09 | 123 | IRON MOUNTAIN | 4% STORAGE FEES/ INVOICE DATED 6/30/09 | 2410-000 | | 62.58 | 198.30 |
| 08/11/09 | 124 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 7/31/09 | 2410-000 | | 62.58 | 135.72 |
| 09/04/09 | 125 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 8/31/09 | 2410-000 | | 62.58 | 73.14 |
| 11/06/09 | 126 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 10/31/09 | 2410-000 | | 62.59 | 10.55 |
| 04/06/10 | | Wire out to BNYM account 9200******1566 | Wire out to BNYM account 9200******1566 | 9999-000 | -10.55 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 1,489.45 | 1,489.45 | $0.00 |
| Less: Bank Transfers | 1,489.45 | 0.00 | |
| **Subtotal** | 0.00 | 1,489.45 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$1,489.45** | |

{} Asset reference(s)    Printed: 02/07/2011 02:14 PM    V.12.56

Exhibit B

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| Case Number: | 03-49245-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | SOUTHWEST PIPE & SUPPLY COMPANY, IN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******15-65 - Money Market Account |
| Taxpayer ID #: | **-***9888 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/07/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | 9999-000 | 139,071.74 | | 139,071.74 |
| 04/07/10 | 11025 | IRON MOUNTAIN | 4% OF STORAGE FEES/ INVOICE DATE 3/31/10 | 2410-000 | | 69.94 | 139,001.80 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 14.28 | | 139,016.08 |
| 05/10/10 | 11026 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 4/30/10 | 2410-000 | | 69.94 | 138,946.14 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 17.70 | | 138,963.84 |
| 06/09/10 | 11027 | IRON MOUNTAIN | 4% STORGAGE FEES/ INV DATED 5/31/10 | 2410-000 | | 69.94 | 138,893.90 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 17.13 | | 138,911.03 |
| 07/07/10 | 11028 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 6/30/10 | 2410-000 | | 69.94 | 138,841.09 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 17.70 | | 138,858.79 |
| 08/11/10 | 11029 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATED 7/31/10 | 2410-000 | | 70.28 | 138,788.51 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 17.68 | | 138,806.19 |
| 09/07/10 | 11030 | IRON MOUNTAIN | 4% STORAGE FEES/ INVOICE DATED 8/31/10 | 2410-000 | | 69.95 | 138,736.24 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.42 | | 138,739.66 |
| 10/14/10 | 11031 | IRON MOUNTAIN | 4% OF STORAGE FEES/INVOICE DATED 9/30/10 | 2410-000 | | 69.95 | 138,669.71 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.53 | | 138,673.24 |
| 11/16/10 | 11032 | IRON MOUNTAIN | 4% STORAGE FEES/INVOICE DATE 10/31/10 | 2410-000 | | 69.95 | 138,603.29 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.41 | | 138,606.70 |
| 12/07/10 | 11033 | IRON MOUNTAIN | 4% STORAGE/INVOICE DATED 11/30/10 | 2410-000 | | 69.95 | 138,536.75 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.53 | | 138,540.28 |
| 01/11/11 | 11034 | IRON MOUNTAIN | 4%STORAGE FEES/INVOICE DATED 12/31/10 | 2410-000 | | 74.51 | 138,465.77 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.52 | | 138,469.29 |
| | | | ACCOUNT TOTALS | | 139,173.64 | 704.35 | $138,469.29 |
| | | | Less: Bank Transfers | | 139,071.74 | 0.00 | |
| | | | Subtotal | | 101.90 | 704.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $101.90 | $704.35 | |

{} Asset reference(s)                                                                                                                                    Printed: 02/07/2011 02:14 PM    V.12.56

Document      Page 12 of 18

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

**Case Number:** 03-49245-JS  
**Case Name:** SOUTHWEST PIPE & SUPPLY COMPANY, IN  
**Taxpayer ID #:** **-***9888  
**Period Ending:** 02/07/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1566 | Wire in from JPMorgan Chase Bank, N.A. account ********1566 | 9999-000 | 10.55 | | 10.55 |
| | | | **ACCOUNT TOTALS** | | 10.55 | 0.00 | $10.55 |
| | | | Less: Bank Transfers | | 10.55 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts :   202,668.78  
Net Estate :    $202,668.78

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****15-65** | 202,566.88 | 61,995.14 | 0.00 |
| **Checking # ***-*****15-66** | 0.00 | 1,489.45 | 0.00 |
| **MMA # 9200-******15-65** | 101.90 | 704.35 | 138,469.29 |
| **Checking # 9200-******15-66** | 0.00 | 0.00 | 10.55 |
| | $202,668.78 | $64,188.94 | $138,479.84 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 03-49245-JS
Case Name: SOUTHWEST PIPE & SUPPLY COMPANY, IN
Trustee Name: DAVID GROCHOCINSKI, TRUSTEE

**Balance on hand:** $ 138,479.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 138,479.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 13,383.09 | 5,489.05 | 7,894.04 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 4,403.36 | 0.00 | 4,403.36 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 206.21 | 0.00 | 206.21 |
| Accountant for Trustee, Fees - CBIZ MHM, LLC | 977.72 | 0.00 | 977.72 |
| Accountant for Trustee, Expenses - CBiZ ACCOUNTING, TAX & ADVISORY SERVICES | 24.22 | 0.00 | 24.22 |

Total to be paid for chapter 7 administration expenses: $ 13,505.55
Remaining balance: $ 124,974.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 124,974.29

**UST Form 101-7-TFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,701.60 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sikes, Juanita B | 550.45 | 0.00 | 550.45 |
| 9 | STATE OF FLORIDA DEPT OF REVENUE | 1,151.15 | 0.00 | 1,151.15 |

Total to be paid for priority claims: $ 1,701.60
Remaining balance: $ 123,272.69

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,945,112.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Sanderson Pipe Corporation | 77,059.00 | 0.00 | 2,407.86 |
| 3 | Nextel West Corp | 5,125.66 | 0.00 | 160.16 |
| 4 | Nextel West Corp | 28,808.13 | 0.00 | 900.17 |
| 5 | Gorman Co Division of Hajuca Corp | 668.97 | 0.00 | 20.90 |
| 6 | Pre Mix Industries Inc | 9,209.73 | 0.00 | 287.78 |
| 7 | Ryder Truck Rental Inc | 88,280.47 | 0.00 | 2,758.49 |
| 8 | Ryder Truck Rental Inc | 23,190.51 | 0.00 | 724.63 |
| NA | Jacuzzi | 4,950.00 | 0.00 | 154.67 |
| NA | Lasco Bathware | 8,949.00 | 0.00 | 279.63 |
| NA | Humana, Inc. | 535.00 | 0.00 | 16.72 |
| NA | Herbeau Creations | 2,656.75 | 0.00 | 83.02 |
| NA | Charlotte Pipe & Foundry, Inc. | 19,000.00 | 0.00 | 593.69 |
| NA | Lasco Fittings, Inc. | 3,268.00 | 0.00 | 102.11 |
| NA | Moen Incorporation | 3,717.00 | 0.00 | 116.14 |
| NA | Sioux Chief Mfg Co., Inc. | 2,619.00 | 0.00 | 81.84 |
| NA | Zurn Industries | 5,600.00 | 0.00 | 174.98 |
| NA | Oatey Supply Chain Services, Inc. | 21,600.00 | 0.00 | 674.93 |
| NA | Ryder Transportation Services | 7,387.79 | 0.00 | 230.85 |

**UST Form 101-7-TFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| NA | Car Leasing, Inc. | 413.00 | 0.00 | 12.90 |
| NA | Blumenauer Corp | 5,030.00 | 0.00 | 157.17 |
| NA | Brass Craft Mfg | 2,802.50 | 0.00 | 87.57 |
| NA | Bemis Mfg Co. | 516.00 | 0.00 | 16.12 |
| NA | Blanco America | 3,353.00 | 0.00 | 104.77 |
| NA | Bathcraft, Inc. | 50,000.00 | 0.00 | 1,562.35 |
| NA | Arrowhead Brass Products | 6,390.00 | 0.00 | 199.67 |
| 10 | AFNI Verizon | 311.98 | 0.00 | 9.75 |
| 12 | Brasstech Inc | 10,798.73 | 0.00 | 337.43 |
| 18 | Abe Kogan | 4,400.00 | 0.00 | 137.49 |
| 19 | Harvey Kogan | 4,400.00 | 0.00 | 137.49 |
| 20 | Steve Kogan | 4,400.00 | 0.00 | 137.49 |
| 70 | Elcoma Metal Fabricating | 284.00 | 0.00 | 8.87 |
| 89 | Leonard Valve Co | 254.00 | 0.00 | 7.94 |
| 91 | Red-white Valve Corp. | 6,438.00 | 0.00 | 201.17 |
| 94 | Lasco Bathware | 21,164.19 | 0.00 | 661.32 |
| 104 | Hindley Manufacturing Co Inc | 921.00 | 0.00 | 28.78 |
| 109 | Merrell L Poole & Associates | 3,820.06 | 0.00 | 119.37 |
| 134 | American Granby Inc | 414.00 | 0.00 | 12.94 |
| 138 | Black Swan Mfg Co | 408.56 | 0.00 | 12.77 |
| 167 | All Seasons Marketing Inc | 694.65 | 0.00 | 21.71 |
| 168 | Southern Specialty Mfg Co | 2,010.52 | 0.00 | 62.82 |
| 171 | Goss Inc | 56.76 | 0.00 | 1.77 |
| 173 | Mr Auto Mechanic, Inc | 197.46 | 0.00 | 6.17 |
| 174 | Target Marketing Enterprises | 151.68 | 0.00 | 4.74 |
| 183 | Elkay Mfg Co. | 38,584.00 | 0.00 | 1,205.63 |
| 189 | Guarantee Specialties Inc | 3,245.33 | 0.00 | 101.41 |
| 192 | Nu Calgon Wholesaler Inc. | 762.60 | 0.00 | 23.83 |
| 209 | Rohl Corporation | 2,865.31 | 0.00 | 89.53 |
| 210 | Sunroc Company | 748.73 | 0.00 | 23.40 |
| 212 | Florida Lift Systems Inc | 7,843.86 | 0.00 | 245.10 |
| 213 | Avanti Company, The | 2,383.32 | 0.00 | 74.47 |
| 214 | Great Impressions | 2,524.00 | 0.00 | 78.87 |
| 232 | Santec | 14,599.08 | 0.00 | 456.18 |
| 263 | Gusa Co | 1,623.00 | 0.00 | 50.71 |
| 264 | A.j. Oneal & Associates | 605.02 | 0.00 | 18.91 |

**UST Form 101-7-TFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 273 | E L Mustee & Sons Inc | 11,245.85 | 0.00 | 352.27 |
| 278 | Alsons Corporation | 3,508.37 | 0.00 | 109.63 |
| 279 | Thrift Marketing | 1,569.53 | 0.00 | 49.04 |
| 284 | Precision Plumbing Products | 2,265.72 | 0.00 | 70.80 |
| 285 | Plymouth Products | 1,171.00 | 0.00 | 36.59 |
| 303 | Roma Steam Bath | 1,500.35 | 0.00 | 46.88 |
| 312 | Zurn Industries | 17,969.13 | 0.00 | 561.48 |
| 317 | St. Thomas Creations | 1,512.34 | 0.00 | 47.26 |
| 318 | Jacuzzi Whirlpool Bath | 118,601.00 | 0.00 | 3,705.92 |
| 321 | Cuno Inc | 1,078.54 | 0.00 | 33.70 |
| 345 | Selkirk Metalbestos | 771.86 | 0.00 | 24.12 |
| 349 | Lsp Products Group Inc. | 2,787.86 | 0.00 | 87.11 |
| 351 | Milwaukee Electric Tool Corp. | 3,135.84 | 0.00 | 97.99 |
| 368 | Zambetti Steel Products | 2,237.76 | 0.00 | 69.92 |
| 369 | J C Whitlam Manufacturing | 3,681.69 | 0.00 | 115.04 |
| 371 | Metro Ice, Inc | 248.04 | 0.00 | 7.75 |
| 385 | Riddile & Associates | 1,142.63 | 0.00 | 35.70 |
| 392 | Guardian Equipment | 430.00 | 0.00 | 13.44 |
| 395 | Gerber Plumbing Fixtures Inc | 92,009.00 | 0.00 | 2,875.00 |
| 418 | Your Way Commercial Cleaning | 424.00 | 0.00 | 13.25 |
| 419 | Wilkins Regulator | 8,173.46 | 0.00 | 255.40 |
| 430 | S E & F Corp | 365.00 | 0.00 | 11.41 |
| 436 | Barclay Products Ltd | 1,543.00 | 0.00 | 48.21 |
| 438 | Knox Co | 3,113.00 | 0.00 | 97.27 |
| 444 | Keeney Manufacturing Co | 13,421.00 | 0.00 | 419.37 |
| 447 | FLORIDA NOTICE SERVICE | 360.00 | 0.00 | 11.25 |
| 451 | Central Brass Mfg Co | 1,604.00 | 0.00 | 50.12 |
| 456 | C J Smith & Associates Inc | 962.98 | 0.00 | 30.09 |
| 466 | Thompson Plastics | 186,349.72 | 0.00 | 5,822.86 |
| 469 | M T I Whirlpools | 301.00 | 0.00 | 9.41 |
| 476 | King Bros Industries | 6,216.00 | 0.00 | 194.23 |
| 477 | Mueller Streamline Co | 10,039.21 | 0.00 | 313.69 |
| 489 | Florida Recyling Service | 1,461.00 | 0.00 | 45.65 |
| 502 | Sioux Chief Mfg Co Inc | 1,561.05 | 0.00 | 48.78 |
| 513 | Josam Company | 99.85 | 0.00 | 3.12 |
| 527 | Bradley Corporation | 1,052.00 | 0.00 | 32.87 |

**UST Form 101-7-TFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 534 | American Whirlpool Products | 7,310.00 | 0.00 | 228.42 |
| 537 | Sta Rite Industries | 699.96 | 0.00 | 21.87 |
| 540 | Altmans Distribution Inc | 320.52 | 0.00 | 10.02 |
| 554 | West Howell Company | 6,219.00 | 0.00 | 194.32 |
| 556 | Howards Products Inc | 890.77 | 0.00 | 27.83 |
| 580 | Seaco Supply Corporation | 778.00 | 0.00 | 24.31 |
| 587 | Cucina | 39.00 | 0.00 | 1.22 |
| 595 | Pure Lead Products Inc | 17,714.46 | 0.00 | 553.52 |
| 597 | Rheem Mfg Co | 496,234.00 | 0.00 | 15,505.79 |
| 607 | Carr Co Of Florida, The | 26,567.00 | 0.00 | 830.14 |
| 609 | Charlotte Pipe & Foundry Inc | 64,737.00 | 0.00 | 2,022.83 |
| 619 | Vu Flow Filters Inc | 1,146.51 | 0.00 | 35.82 |
| 637 | Robern | 1,148.65 | 0.00 | 35.89 |
| 642 | Kohler Company | 259,402.40 | 0.00 | 8,105.53 |
| 643 | Canplas Llc | 9,387.62 | 0.00 | 293.33 |
| 649 | Moen Division | 86,553.60 | 0.00 | 2,704.53 |
| 649 | Moen Division | 3,717.00 | 0.00 | 116.14 |
| 654 | Chicago Faucet Company | 384.00 | 0.00 | 12.00 |
| 662 | Briggs Plumbing Products, Inc. | 287,467.00 | 0.00 | 8,982.46 |
| 663 | Opella Inc | 3,890.00 | 0.00 | 121.55 |
| 672 | Swan Corp | 184.82 | 0.00 | 5.78 |
| 704 | Simmons Manufacturing Co | 149.00 | 0.00 | 4.66 |
| 707 | Plumbing Place, The | 3,688.00 | 0.00 | 115.24 |
| 716 | General Insulation Co Inc | 3,430.00 | 0.00 | 107.18 |
| 720 | Pinnacle Sales Group | 8,951.95 | 0.00 | 279.72 |
| 729 | OCCUPATIONAL HEALTH CENTER | 162.00 | 0.00 | 5.06 |
| 749 | Kentec, Inc. | 2,357.28 | 0.00 | 73.66 |
| 754 | Pearl Baths Inc | 12,100.08 | 0.00 | 378.09 |
| 770 | Grohe America Inc | 25,201.64 | 0.00 | 787.47 |
| 775 | Arrowhead Brass Products | 5,237.70 | 0.00 | 163.66 |
| 808 | CHICAGO TRUCK DRIVERS UNION BENEFIT FUND | 1,104,429.83 | 0.00 | 34,510.05 |
| 924 | Blumenauer Corp | 1,921.36 | 0.00 | 60.04 |
| 928 | Sign Of The Crab | 765.73 | 0.00 | 23.93 |
| 931 | Berrien Metal Products Inc | 315.60 | 0.00 | 9.86 |
| 1009 | William H Harvey Co | 289.00 | 0.00 | 9.03 |
| 1016 | Florida Notice Service | 300.00 | 0.00 | 9.37 |

**UST Form 101-7-TFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 1029 | Delta Faucet Company | 460,724.94 | 0.00 | 14,396.24 |
| 1043 | Mansfield Plumbing Products | 298.99 | 0.00 | 9.34 |
| 1063 | Navistar Financial Corporation | 1,387.73 | 0.00 | 43.36 |
| 1098 | Harry Warren Inc | 2,559.96 | 0.00 | 79.99 |
| 1103 | Delta Faucet Co. | 12,960.00 | 0.00 | 404.96 |
| 1111 | Elkay Mfg Co. | 1,110.00 | 0.00 | 34.68 |

Total to be paid for timely general unsecured claims: $ 123,272.69

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**